JUDGE JAMAL N. WHITEHEAD

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

UNITED STATES OF AMERICA,

Plaintiff

vs.

SILVESTRE RAMOS,

Defendant.

NO. 25-CR-213 JNW

ORDER ON UNOPPOSED MOTION TO CONTINUE SENTENCING

The court, being advised that counsel for the defendant is unavailable on the current sentencing date, and the government and probation do not object to moving sentencing to November 10th, the court ORDERS that the new sentencing date is November 10, 2026 at 9:30 a.m.

Dated this 8th day of October, 2026

Jamal N. Whitehead
U.S. District Court Judge



**The Law Offices of David Hammerstad**
**1000 2nd Ave Suite 2530**
**Seattle, Washington 98104**
**Tel. 206.445.0215 –Fax 206.267.0349**
**e-mail:** david@hammerstadlaw.com